UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND CHRISTIAN,<br><br>                    Petitioner,<br><br>       -against-<br><br>WARDEN E. RICKARD,<br><br>                    Respondent. | 25-CV-7888<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

**The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.**

The U.S. Attorney's Office is directed to file an answer or other pleadings in response to the petition by January 2, 2026. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:    November 17, 2025
             New York, New York

                                                                          _____
                                                                          Edgardo Ramos
                                                                          United States District Judge